NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROCHESTER DRUG CO-OPERATIVE, INC., MEIJER INC., MEIJER DISTRIBUTION INC., AND LOUISIANA WHOLESALE DRUG COMPANY INC.,**
*Plaintiffs-Appellees,*

v.

**BRAINTREE LABORATORIES, INC.,**
*Defendant-Appellant.*

---

2011-1539, -1560

---

Appeals from the United States District Court for the District of Delaware in case no. 07-CV-0142, Judge Sue L. Robinson.

---

## ON MOTION

---

## ORDER

The parties jointly move to dismiss the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

FOR THE COURT

APR 1 1 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Miranda Y. Jones, Esq.
Paul R.Q. Wolfson, Esq.

s21

Issued As A Mandate: APR 1 1 2012 .

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2012

JAN HORBALY
CLERK